19759. MILLER *et al. v.* COLEMAN *et al.*

Head, Justice. 1. "If a judgment or decree is erroneous or illegal, direct exception should be taken to it at the proper time." *Barber* v. *Barber,* 157 *Ga.* 188 (1) (121 S. E. 317); *City of Atlanta* v. *Carroll,* 194 *Ga.* 172 (3) (21 S. E. 2d 86).

2. A bill of exceptions to the final judgment rendered upon the trial of a case must be tendered within 30 days from the date

of such final judgment. Ga. L. 1953, Nov.-Dec. Sess., pp. 279, 280 (Code, Ann., § 6-902).

3. "A judgment of a trial court, which after a writ of error stands unreversed, or to which no exception has been taken, is the law of the case." *Palmer* v. *Jackson*, 188 *Ga.* 336, 338 (4 S. E. 2d 28); *Ballard* v. *Harmon*, 202 *Ga.* 603, 605 (44 S. E. 2d 260).

4. In the present case the motion was not one to vacate or set aside the decree (see Code § 3-702), but was a motion to "amend" after the time for excepting thereto had expired. The motion to amend was therefore properly denied.

*Judgment affirmed. All the Justices concur.*

SUBMITTED JULY 8, 1957—DECIDED SEPTEMBER 6, 1957.

*Shelby Myrick, Ralph L. Crawford,* for plaintiffs in error.
*Frank S. Cheatham, Jr.,* contra.